AARON M. CLEFTON, Esq.  (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:  510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
ELIZABETH CHAVEZ

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CHAVEZ,<br><br>    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK,<br>NATIONAL ASSOCIATION,<br><br>    Defendant. | Case No. 3:23-cv-05827-RFL<br><br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED]<br>ORDER DISMISSING CASE WITH<br>PREJUDICE**<br><br>Action Filed: November 13, 2023 |

### STIPULATION

Plaintiff ELIZABETH CHAVEZ ("Plaintiff") and Defendant JPMORGAN CHASE BANK, NATIONAL ASSOCIATION ("Defendant") – Plaintiff and Defendant together the "Parties" – hereby stipulate and request that pursuant to Federal Rules of Civil Procedure 41(a)(l)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each side shall pay its own attorneys' fees and costs.

Defendant agrees to open during regular business hours or remove the gate to the path adjacent to the Subject Property identified in a separate settlement agreement not filed with the Court.  Defendant shall have 120 days to remove the barrier.  The Court will retain jurisdiction to enforce the agreement for 180 days pursuant to General Order 56.

//

//

1    **IT IS SO STIPULATED.**

2

3    Dated:  May 1, 2024                                   REIN & CLEFTON

4                                                                         _/s/ Aaron M. Clefton_
5                                                          By:  AARON M. CLEFTON, ESQ.
                                                           Attorneys for Plaintiff
6                                                          ELIZABETH CHAVEZ

7
     Dated:  May 1, 2024                                   JEFFER MANGELS BUTLER & MITCHELL LLP
8

9

10                                                                        _/s/ Christopher K. Whang_
11                                                         By:  MARTIN H. ORLICK, ESQ.
                                                                 CHRISTOPHER K. WHANG, ESQ.
12                                                         Attorneys for Defendant
                                                           JPMORGAN CHASE BANK, NATIONAL
13                                                         ASSOCIATION

14                                         **<u>FILER'S ATTESTATION</u>**

15           Pursuant to Local Rule 5-1, I hereby attest that on April 3, 2024, I, Aaron Clefton,

16   attorney with Rein & Clefton, received the concurrence of Christopher K. Whang in the filing

17   of this document.

18

19                                                         _/s/ Aaron Clefton_
                                                           Aaron Clefton
20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: May 2, 2024

Honorable Rita F. Lin
U.S. District Court Judge